UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS VILLESCAS<br><br>Defendant. | 2:05-CR-422-APG-GWF |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#104) on December 11, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FLORENCE KAISER
Amount of Restitution: $11,780.00

**Total Amount of Restitution ordered:** $11,780.00\*\*

\*\*Joint and Several with co-defendants Tammi Camacho and Lemar Allen

Dated this 9th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE