UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

        DEC 15 2016

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

* * *

UNITED STATES OF AMERICA,      )
                               )     2:05-CR-422-APG-GWF
            Plaintiff,          )
                               )
vs.                            )
                               )
LOUIS VILLESCAS                )
                               )
            Defendant.          )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#104) on December 11, 2006.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FLORENCE KAISER
Amount of Restitution: $11,780.00

**Total Amount of Restitution ordered:  $11,780.00\*\***

\*\*Joint and Several with co-defendants Tammi Camacho and Lemar Allen

Dated this _____9th_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE